FILE COPY

RE: Case No. 25-0016                        DATE: 3/13/2025
    COA #: 15-24-00037-CV              TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

Petitioner's motion for rehearing was this day filed in the above styled and numbered case.

TRAVIS  EUBANKS
1823 LOOKOUT FOREST
SAN ANTONIO, TX  78260
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0016               DATE: 3/13/2025
COA #: 15-24-00037-CV        TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

Petitioner's motion for rehearing was this day filed in the above styled and numbered case.

JARRETT  WOODWARD
7520 POTRANCO RD
APT 2616
SAN ANTONIO, TX  78251
* DELIVERED VIA E-MAIL & POSTAL *

RE: Case No. 25-0016            DATE: 3/13/2025
COA #: 15-24-00037-CV      TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

Petitioner's motion for rehearing was this day filed in the above styled and numbered case.

AMANDA  EUBANKS
1823 LOOKOUT FOREST
SAN ANTONIO, TX  78260
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0016                     DATE: 3/13/2025
COA #: 15-24-00037-CV            TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

     Petitioner's motion for rehearing was this day filed in the above styled and numbered case.

DISTRICT CLERK  TRAVIS COUNTY
TRAVIS COUNTY COURT
P. O. BOX 679003
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0016                    DATE: 3/13/2025
COA #: 15-24-00037-CV            TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

Petitioner's motion for rehearing was this day filed in the above styled and numbered case.

MS. STEPHANIE  CRISCIONE
ASSISTANT ATTORNEY GENERAL
209 W 14TH ST
AUSTIN, TX  78701-1614
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0016                    DATE: 3/13/2025
COA #: 15-24-00037-CV          TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

     Petitioner's motion for rehearing was this day filed in the above styled and numbered case.


CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX   78711
* DELIVERED VIA E-MAIL *